# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN L. WEBSTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE FOR THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 14-8915 ODW (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: __2/29/16__　　　　　　　_____
　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE